# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5264**                                          **September Term, 2006**

06mc00352

**Filed On:**

In re: Sheik Hasan,
       Petitioner

      **BEFORE:**    Ginsburg, Chief Judge, and Brown and Griffith, Circuit Judges

## ORDER

      Upon consideration of the motion for leave to proceed in forma pauperis, the petition for a writ of mandamus and the supplement thereto, and the motion for injunction pending appeal, it is

      **ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

      **FURTHER ORDERED** that the motion for injunction be denied. Petitioner has not satisfied the stringent standards required to obtain the requested relief. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); D.C. Handbook of Practice and Internal Procedures 33-34 (2007). It is

      **FURTHER ORDERED** that the petition for a writ of mandamus be denied. A writ of mandamus is "an extraordinary remedy, to be reserved for extraordinary situations." Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988). Mandamus does not lie unless the petitioner's right to relief is "clear and indisputable," and there is "no other adequate means" by which the petitioner may attain the relief it seeks. In re Sealed Case, 151 F.3d 1059, 1063 (D.C. Cir.1998). Petitioner has failed to demonstrate his entitlement to the extraordinary writ. See Cobell v. Norton, 334 F.3d 1128, 1137 (D.C. Cir. 2003).

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

MAR 8 2007

CLERK